6

United States District Court

Eastern District of California

Mauricio R. Munoz,

    Petitioner,

vs.

John Marshall, Warden,

    Respondent.

No. Civ. S 04-1658 LKK PAN P

Order

-oOo-

July 8, 2005, petitioner filed a motion for release pending resolution of his habeas petition without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Petitioner shall file proof of service within ten days.

So ordered.

Dated: August 30, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge