IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICIO R. MUNOZ,

    Petitioner,                    No. CIV S-04-1658 LKK EFB P

    vs.

JOHN MARSHALL, Warden,

    Respondent.                ORDER

                            /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 1, 2006, the court ordered that this action be stayed and held in abeyance pending the outcome of petitioner's state court habeas proceedings. The court directed petitioner to notify this court of the California Supreme Court's decision within 30 days of its issuance. On March 30, 2007, petitioner requested an extension of time to notify the court that the California Supreme Court had resolved his petition for a writ of habeas corpus and to request the court to lift the stay imposed on March 1, 2006. *See* Fed. R. Civ. P. 6(b). With this request, petitioner filed a copy of the California Supreme Court's March 14, 2007, order denying his habeas petition.

       Filing that information necessarily provided the required notice and less than 30 days passed between the time the California Supreme Court denied relief and the time that petitioner

1 notified the court of that decision.  Therefore, petitioner has met the original deadline and does
2 not need the additional time he requests.
3      Accordingly, it is ORDERED that petitioner's March 30, 2007, request is denied as
4 unnecessary.
5 Dated:  May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE