1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **MAURICIO R. MUNOZ,**                              CIV S-04-1658-LKK-EFB

12                                   Petitioner,         **ORDER**

13

14                       **v.**

     **JOHN MARSHALL, et al.,**

15

16                                   Respondents.

17

18          GOOD CAUSE APPEARING, Respondent's June 15, 2007, application for a 30-day

19   enlargement of time in which to file a response in this matter is hereby GRANTED.

20   Respondent's response is due on July 20, 2007.

21   DATED:  June 28, 2007.

22

23                                              _____

                                                EDMUND F. BRENNAN
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

[Proposed] Order

1