IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICIO R. MUNOZ,

    Petitioner,　　　　　　　　No. CIV S-04-1658 LKK EFB P

    vs.

JOHN MARSHALL, et al.,

    Respondents.　　　　　　　　<u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 3, 2007, petitioner requested a 90-day extension of time to respond to respondents' motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's August 3, 2007, request is granted in part, and petitioner shall file and serve his response to respondents' motion to dismiss within 30 days of the date this order is served.

DATED: August 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE